| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven A. Alpert<br>15760 Ventura Blvd.<br>Suite 800<br>Encino, CA 91436<br>818-995-4540 Fax: 818-995-9277<br>159730 | |
| ☐ Individual appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Johnnie Rae Carlin<br><br><br><br><br>Debtor(s) | CASE NO.: 8:15-bk-15521-SC<br><br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, E, or F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or F. Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A    ☒ Schedule B    ☐ Schedule C    ☒ Schedule D    ☐ Schedule E

☐ Schedule F    ☐ Schedule G    ☐ Schedule H    ☐ Schedule I    ☐ Schedule J

☒ Master Mailing List    ☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs

☒ Statement of Intention    ☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 11/18/2015

_____
Johnnie Rae Carlin
Debtor's Signature

_____
Co-Debtor's Signature, if applicable.

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

B6B (Official Form 6B) (12/07)

In re **Johnnie Rae Carlin**, Debtor

Case No. **8:15-bk-15521**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking accounts; Citbank, Fidelity and Comerica. Combined balances do not exceed $1,000. | - | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods, furnishings, electronics, etc. | - | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal clothing | - | 1,000.00 |
| 7. Furs and jewelry. | | Miscellaneous jewelry includes Rolex watch worth $8,000. But the watch was pawned in August and the debtor would have to pay almost $8,000 to get it back. He is unable to redeem the pawn. | - | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **8,000.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Johnnie Rae Carlin**, Case No. **8:15-bk-15521**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | ERISA-qualified pension plan through employer; no marketable value. | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns 100% of Global Design Build Inc. This corporation does consulting. There are no hard assets of real value, just office equipment of limited resale value. The corporation has $200,000 in receivables based on ongoing contracts, but it still owes payroll of $180,000 and has other liabilities in excess of an additional $200,000. Thus, the corp has no net value (indeed value is very negative) and the shares are worthless. | - | 0.00 |
| | | Debtor owns 100% of LC Salon & Spa. The corporation leased some retail space but has not opened and the corporation is behind on the rent and may soon fold. The spa is not intended to be a day spa; rather, it will be a wax spa. This is not open for business at this time and it may never be. This corporation has no accounts receivable, no cash on hand, and no inventory. Tools and inventory are minimal and altogether worthless. This entity has no value and the shares have no value. | - | 0.00 |
| | | Debtor owns 100% of Lauren Carlin. No business has ever been conducted. This is just a shell entity and there has been zero activity (ever). | - | 0.00 |
| | | Debtors owns 100% of Global Business Solutions--a consulting company. This business is being shut down. The corp co-owns with the debtor the Jeep and the Mercedes detailed below in this schedule. This corp also owns a fully encumbered Toyota Tacoma and a leased Lexus RX SUV. This business has millions $ in debts and essentially no assets. The failure of this business is the motivating force behind this bankruptcy. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >   0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Johnnie Rae Carlin**,  Case No. **8:15-bk-15521**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Harley Davidson | - | 13,000.00 |

Sub-Total >   13,000.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Johnnie Rae Carlin**, Case No. **8:15-bk-15521**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2010 Mercedes S550; 280,000 miles Debtor's corporation is on the title as well, and the corporation has been making this car payment | - | 25,000.00 |
| | | 2014 Jeep Wrangler; Debtor's corporation is on the title as well, and the corporation has been making this car payment | - | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >  50,000.00
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Total >  71,000.00

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Johnnie Rae Carlin_____,   Case No. __8:15-bk-15521_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 1<br>Ally Financial   "A"<br>PO Box 380901<br>Minneapolis, MN 55438 | - | | 2014<br>AUTO LOAN<br>2014 Jeep Wrangler; Debtor's corporation is on the title as well, and the corporation has been making this car payment | | | | | |
| | | | Value $      25,000.00 | | | | 33,800.00 | 8,800.00 |
| Account No.<br>Creditor #: 2<br>Cenlar<br>Central Loan Administration and Re.<br>P.O. Box 77404<br>Ewing, NJ 08628 | - | | 2012<br>1st TD<br>Primary residence:<br>Valuation is based on comparative market analysis.<br>Location: 13 Banstead, Trabuco Canyon CA 92679<br>after allowing for the (theoretical) costs | | | | | |
| | | | Value $     775,000.00 | | | | 630,000.00 | 0.00 |
| Account No. xxxxx8237<br>Creditor #: 3<br>Marriott Ownership<br>1200 Bartow Rd. Suite 14<br>Lakeland, FL 33801 | - | | 2014<br>timeshare: Starwood vacations in Maui | | | | | |
| | | | Value $       5,000.00 | | | | 32,086.00 | 27,086.00 |
| Account No.<br>Starwood Vacation Ownership Inc<br>PO Box 552204<br>Tampa, FL 33655 | | | Representing:<br>Marriott Ownership | | | | Notice Only | |
| | | | Value $ | | | | | |

__2__ continuation sheets attached

Subtotal
(Total of this page)     695,886.00     35,886.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Johnnie Rae Carlin**,
Debtor

Case No. **8:15-bk-15521**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx4462<br><br>Creditor #: 4<br>Marriott Ownership<br>1200 Bartow Rd. Suite 14<br>Lakeland, FL 33801 | | - | 2014<br><br>2nd timeshare: Starwood vacations in Maui<br><br>Value $ 5,000.00 | | | | 29,685.00 | 24,685.00 |
| Account No.<br><br>Starwood Vacation Ownership Inc<br>PO Box 552204<br>Tampa, FL 33655 | | | Representing:<br>Marriott Ownership<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>Creditor #: 5<br>SBA<br>200 W. Santa Ana Blvd., Ste. 700<br>Santa Ana, CA 92701 | | - | 2014<br><br>2nd TD<br><br>929 S Lorena St<br>Los Angeles CA 90023<br><br>Value $ 300,000.00 | | | | 370,000.00 | 270,000.00 |
| Account No.<br><br>Citibank CBO Services<br>PO Box 769018<br>San Antonio, TX 78245 | | | Representing:<br>SBA<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | | | Representing:<br>SBA<br><br>Value $ | | | | Notice Only | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): 399,685.00 | 294,685.00

B6D (Official Form 6D) (12/07) - Cont.

In re __Johnnie Rae Carlin_____, Case No. __8:15-bk-15521__
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Citicorp Credit Services<br>Attn: Centralized Bankruptcy<br>P.O. Box 20363<br>Kansas City, MO 64195 | | | Representing:<br>SBA<br><br>Value $ | | | | Notice Only | |
| Account No.<br>Creditor #: 6<br>SCE Federal Credit Union<br>P.O. Box 8017<br>El Monte, CA 91734-2317 | | - | Auto Loan<br><br>2010 Harley Davidson<br><br>Value $     13,000.00 | | | | 10,000.00 | 0.00 |
| Account No.<br>Creditor #: 7<br>SCE Federal Credit Union    "A"<br>P.O. Box 8017<br>El Monte, CA 91734-2317 | | - | 2013<br>auto loan<br>2010 Mercedes S550; 280,000 miles Debtor's corporation is on the title as well, and the corporation has been making this car payment<br>Value $     25,000.00 | | | | 49,000.00 | 24,000.00 |
| Account No.<br>Creditor #: 8<br>Wells Fargo Bank, N.A.<br>PO Box 10438<br>MAC #X2505-036<br>Des Moines, IA 50306-0438 | | - | 2012<br>1st TD<br>929 S Lorena St<br>Los Angeles CA  90023<br><br>Value $     300,000.00 | | | | 200,000.00 | 0.00 |
| Account No.<br><br><br><br><br>  | | | <br><br><br><br><br>Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                  Subtotal        259,000.00        24,000.00
                          (Total of this page)

                                     Total       1,354,571.00      354,571.00
                   (Report on Summary of Schedules)

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Central District of California

In re  **Johnnie Rae Carlin**  
Debtor(s)

Case No. **8:15-bk-15521**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Ally Financial  "A" | **Describe Property Securing Debt:**<br>2014 Jeep Wrangler; Debtor's corporation is on the title as well, and the corporation has been making this car payment |

Property will be (check one):  
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Cenlar | **Describe Property Securing Debt:**<br>Primary residence:<br>Valuation is based on comparative market analysis.<br>Location: 13 Banstead, Trabuco Canyon CA 92679<br>after allowing for the (theoretical) costs of sale and the claimed exemption, there would be no net equity available for |

Property will be (check one):  
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
■ Other.  Explain  **debtor has not paid mortgage, he hopes for a loan modification**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt     ☐ Not claimed as exempt

B8 (Form 8) (12/08)    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>SBA | **Describe Property Securing Debt:**<br>929 S Lorena St<br>Los Angeles CA  90023 |

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  **debtor has not paid mortgage, he hopes for a loan modification**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>SCE Federal Credit Union | **Describe Property Securing Debt:**<br>2010 Harley Davidson |

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt    ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>SCE Federal Credit Union   "A" | **Describe Property Securing Debt:**<br>2010 Mercedes S550; 280,000 miles<br>Debtor's corporation is on the title as well, and the corporation has been making this car payment |

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank, N.A.** | **Describe Property Securing Debt:**<br>**929 S Lorena St**<br>**Los Angeles CA  90023** |

Property will be (check one):
   ☐ Surrendered                                            ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain  **debtor has not paid mortgage, he hopes for a loan modification**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                                  ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

B8 (Form 8) (12/08)

Page 4

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date    11-18-15    Signature    *[signature]*
Johnnie Rae Carlin
Debtor

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Steven A. Alpert
15760 Ventura Blvd.
Suite 800
Encino, CA 91436
818-995-4540 Fax: 818-995-9277
California State Bar Number: 159730

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor(s):

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Johnnie Rae Carlin

Debtor(s).

CASE NO.: 8:15-bk-15521
CHAPTER: 7

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

[LBR 1007-1(d)]

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 11/18/2015

Debtor's signature

Date: _____

Joint Debtor's signature (if applicable)

Date: _____

Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014

F 1007-1.MAILING.LIST.VERIFICATION

Johnnie Rae Carlin
13 Banstead
Trabuco Canyon, CA 92679


Steven A. Alpert
Price Law Group, APC
15760 Ventura Blvd.
Suite 800
Encino, CA 91436


Acs/gco Ed Loan Fund
501 Bleecker St
Utica, NY 13501


Ally Financial    "A"
PO Box 380901
Minneapolis, MN 55438


Amex
Correspondence
Po Box 981540
El Paso, TX 79998


Banco Popular
8523 Commodity Cir # 100
Orlando, FL 32819


Banco Popular/Popular Community Bank
8523 Commodity Circle
Attn: Bankruptcy Dept.
Orlando, FL 32819


Bank of the West
180 Montgomery Street
San Francisco, CA 94104

Bank of the West
PO Box 515274
Los Angeles, CA 90051


Ben Bridge Jewelers
Po Box 1908
Attn: Credit Dept
Seattle, WA 98111


C.J. Segerstrom and Sons LLC
C/o 600 Anton Blvd Associates
3315 Fairview Road
Costa Mesa, CA 92626


Carroll, Burdick & McDonough
633 West Fifth St 51st Fl
Los Angeles, CA 90071


Cashcall Inc
Attn:Bankruptcy Department
1600 S Douglass Rd
Anaheim, CA 92806


Cenlar
Central Loan Administration and Re.
P.O. Box 77404
Ewing, NJ 08628


Citibank
PO Box 790034
Saint Louis, MO 63179-0034


Citibank CBO Services
PO Box 769018
San Antonio, TX 78245

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Citicorp Credit Services
Attn: Centralized Bankruptcy
P.O. Box 20363
Kansas City, MO 64195


Franchise Tax Board
Bankruptcy Section MS A340
Attn Bankruptcy
Post Office Box 2952
Sacramento, CA 95812-2952


Global Design Build
ATTN: Roger Henry
4695 McArthur Court, 11th Flr
Newport Beach, CA 92660


Hemar, Rousso, & Heald, LLP
15910 Ventura Blvd, 12th Fl
Encino, CA 91436


LA Arena Funding
c/o Richard D Buckley, Jr.
Arent Fox LLP
555 West Fifth St 48th Floor
Los Angeles, CA 90013


Lissette Carlin
5735 Walnut
Chino, CA 91710


Marriott Ownership
1200 Bartow Rd. Suite 14
Lakeland, FL 33801

```
Pawnee Leasing
700 Centre Ave
Fort Collins, CO 80526


Prefcustjewl
Po Box 94498
Las Vegas, NV 89193


SBA
200 W. Santa Ana Blvd., Ste. 700
Santa Ana, CA 92701


SCE Federal Credit Union
P.O. Box 8017
El Monte, CA 91734-2317


SCE Federal Credit Union   "A"
P.O. Box 8017
El Monte, CA 91734-2317


Starwood Vacation Ownership Inc
PO Box 552204
Tampa, FL 33655


Superior Court of CA-Los Angeles
Case # BC579625
111 N. Hill St.
Los Angeles, CA 90012


Superior Court of CA-Los Angeles
Stanley Mosk Courthouse
111 N. Hill St.
BC589337
Los Angeles, CA 90012
```

Superior Court of CA-Pomona
Case KC067590
Pomona Courthouse-South
400 Civic Center Plaza
Pomona, CA 91766


Wells Fargo Bank, N.A.
PO Box 10438
MAC #X2505-036
Des Moines, IA 50306-0438

| In re: | CHAPTER: 7 |
|---|---|
| Johnnie Rae Carlin | |
| Debtor(s). | CASE NUMBER: 8:15-bk-15521 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15760 Ventura Blvd, Suite 800
Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/19/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steven A Alpert    notice@pricelawgroup.com, alpert@pricelawgroup.com
Raffi Khatchadourian    raffi@hemar-rousso.com
Karen S Naylor (TR)    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **11/19/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE:
Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

DEBTOR:
Johnnie Carlin
13 Banstead
Trabuco Canyon, CA 92679

CREDITOR:
Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

CREDITOR:
SCE Federal Credit Union
P.O. Box 8017
El Monte, XCA 91734-2317

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/19/2015 | Liana Cervantes | /s/ Liana Cervantes |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    9013-3.1.PROOF.SERVICE